UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONANTHAN L. GOOLSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  4:20 CV 1488 RWS |
| | ) |
| KILOLO KIJAKAZI,[i] | ) |
| Acting Commissioner Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Jonathan L. Goolsby's third motion for an extension of time to file his brief in support of his appeal.  Goolsby filed this action on October 15, 2020.  After receiving three extensions of time, the Commissioner filed her answer and the administrative record on May 24, 2021.  Goolsby previously filed motions for an extension of time to file his brief on June 23, 2021 and July 23, 2021.  I granted each of these motions.  On August 23, 2021, Goolsby filed his third motion for an extension of time to file his brief.  In the interest of parity, I will grant Goolsby's third motion, however, no further extensions of time will be granted.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Jonathan L. Goolsby's third motion for an extension of time to file his brief in support of his appeal [22] is **GRANTED**.  **No further extensions of time will be granted on this issue.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2021.

---

[i] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.